1020

[No. 71616-6-I. Division One. June 15, 2015.]

RAUL SWAIN ET AL., *Individually and as Guardians, Respondents*, v. SWEDISH HEALTH SERVICES ET AL., *Appellants*.

*Affirmed* by unpublished opinion per Trickey, J., concurred in by Dwyer and Leach, JJ.

[No. 71628-0-I. Division One. June 15, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DARYL LAMAR BERRY, *Appellant*.

*Affirmed in part* and *remanded with instructions* by unpublished opinion per Trickey, J., concurred in by Spearman, C.J., and Verellen, J.

[No. 71706-5-I. Division One. June 15, 2015.]

ANN RULE, *Appellant*, v. RICK SWART ET AL., *Respondents*.

The unpublished opinion in the above captioned case was *withdrawn* by order of the Court of Appeals dated June 22, 2015. Substitute opinion filed. See 188 Wn. App. 1027.

[No. 71712-0-I. Division One. June 15, 2015.]

THE STATE OF WASHINGTON, *Appellant*, v. DAVID FRANCISCO RUIZ, *Respondent*.

*Reversed* by unpublished opinion per Appelwick, J., concurred in by Spearman, C.J., and Dwyer, J.